IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 6:25CR_____ |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 2 |
| JOHNNY DALE HACKNEY | ) | 18 U.S.C. § 641 |

## INFORMATION

The United States Attorney Charges:

## COUNT ONE

Beginning on an unknown date, but at least as early as on or about January 5, 2024, and continuing until on or about April 2, 2024, in the Western District of Arkansas, Hot Springs Division, the Defendant, **JOHNNY DALE HACKNEY,** while being aided and abetted by others known and unknown, willfully and knowingly did steal and purloin wavellite crystals, of a value exceeding $1,000, all goods and property of the United States.

All in violation of Title 18, United States Code, Sections 2 and 641.

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: _____
Digitally signed by BRYAN ACHORN
Date: 2025.01.16 08:26:12 -06'00'

Bryan A. Achorn
Assistant U. S. Attorney
Arkansas Bar No. 2001034
414 Parker Avenue
Fort Smith, AR 72901
Telephone: (479) 494-4080
E-mail: bryan.achorn@usdoj.gov

1